**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-mj-00270 |
| Plaintiff, | : | |
| | : | |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| JAUFFETT HARRINGTON, | : | |
| Defendant. | : | |
| | : | |

---

## BINDOVER ORDER

---

This matter was set for a hearing on July 6, 2023. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

July 6, 2023                          *s/Caroline H. Gentry*
                                       Caroline H. Gentry
                                       United States Magistrate Judge